UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEXANDER MOUSOULEAS,

    Plaintiff,

vs.

KEVIN SMITH, HOME DEPOT
U.S.A., INC,. and
CITIZENS INSURANCE
COMPANY
OF THE MIDWEST,

    Defendants.

Case No: 2:24-cv-10728-LJM-KGA

Judge:  Laurie J. Michelson

Magistrate Judge: Kimberly G. Altman

---

| | |
|---|---|
| JACOB K. YEATER (P72741)<br>MICHAEL A. SMITH (P86218)<br>MIKE MORSE LAW FIRM, PLLC<br>Attorneys for Plaintiff<br>24901 Northwestern Highway,<br>Suite 700<br>Southfield, MI 48075-1816<br>(248) 350-9050; Fax: (248) 671-0458<br>Michael.smith@855mikewins.com<br>jake.yeater@855mikewins.com<br>tgreen@855mikewins.com | JEFFREY A. HOARD (P76396)<br>MICHAEL J. JOLET (P67464)<br>HEWSON & VAN HELLEMONT, P.C.<br>Attorneys for Defendant Citizens<br>25900 Greenfield Road, Suite 650<br>Oak Park, MI 48237<br>(248) 968-5200 / (248) 968-5270 fax<br>jhoard@vanhewpc.com<br><br>RIDLEY S. NIMMO, II (P54783)<br>PLUNKETT COONEY<br>Attorneys for Defendant, Home Depot<br>111 E. Court Street, Suite 1B<br>Flint, MI 48502<br>(810) 342-7010 / (810) 232-3159(F)<br>rnimmo@plunkettcooney.com<br>cknotts@plunkettcooney.com |

---

**STIPULATED ORDER TO REMAND ACTION
TO WAYNE COUNTY CIRCUIT COURT**

- 1 -

- 2 -

**NOW COME** the parties, by and through their respective counsel, and hereby stipulate as follows:

**IT IS HEREBY STIPULATED AND AGREED** that this action is remanded to Wayne County Circuit Court.

**IT IS SO ORDERED.**

This Order does not resolve the last pending claim and does not close the case.

Dated: September 13, 2024

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

We stipulate to the entry of this Order:

*/S/ JACOB K. YEATER (WITH CONSENT)*

_____
JACOB K. YEATER (P72741)
*Attorney for Plaintiff*

*/S/ RIDLEY S. NIMMO, II (WITH CONSENT)*

_____
RIDLEY S. NIMMO, II (P54783)
*Attorney for Defendant Home Depot*

*/S/ JEFFREY A. HOARD*

_____
**JEFFREY A. HOARD (P76396)**
*Attorney for Defendant Citizens*